**STATE of Missouri, Respondent,**

v.

**Dante D. LUCHIEN, Appellant.**

**No. ED 76305.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 25, 2000.

Amy M. Bartholow, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea L. Mazza, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J. and PAUL J. SIMON and JAMES R. DOWD, JJ.

***ORDER***

PER CURIAM.

Dante Luchien, defendant, appeals the judgment of the Circuit Court of St. Louis

1. All statutory references are to RSMo 1994, unless otherwise indicated.

County following jury verdicts of guilty of involuntary manslaughter in violation of section 565.024.1(1) RSMo.1994 and armed criminal action in violation of section 571.015.1.

We have reviewed the record on appeal and the briefs of the parties and find no error of law. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential or jurisprudential value. The judgment is affirmed in accordance with Rule 30.25(b).